UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY BARGER,
aka GARY FISHER,

    Plaintiff,

  v.

DIRECTOR OF OPPS OF CDCR,

    Defendant.

Case No. 14-cv-03901-WHO (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner Barger challenges a conviction he received in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 20, 2014



WILLIAM H. ORRICK
United States District Judge